IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL AND DESIRE EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | CIVIL ACTION NO. 18-5629<br>Honorable Joshua D. Wolson |

NOTICE OF APPEAL

Notice is hereby given that Monique Russell, Jasmine Riggins, Elsa M. Powell, and Desire Evans, Plaintiffs in the above-named case, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Third Circuit from the Memorandum and accompanying Order granting Defendant's Motion for Summary Judgment (ECF Nos. 103, 104) entered in this action on May 19, 2022.

Dated: May 24, 2022                                            Respectfully submitted,

SCHOCHOR, FEDERICO AND STATON             CONRAD O'BRIEN PC

/s/ Brent Ceryes                                                      /s/ Robin S. Weiss
  The Paulton                                                            Nicholas M. Centrella (Pa. ID 67666)
  1211 St. Paul Street                                               Robin S. Weiss (Pa. ID 312071)
  4 Reservoir Circle, Suite 200                               1500 Market Street, Suite 3900
  Baltimore, Maryland 21202                                Philadelphia, PA 19102-2100
  (410) 234-1000                                                     (215) 864-9600

| | |
|---|---|
| LAW OFFICES OF PETER G. ANGELOS, P.C.<br><br>Paul M. Vettori<br>One Charles Center<br>100 N. Charles Street, 20th Floor<br>Baltimore, Maryland 21201<br>(410) 649-2000<br><br>Z LAW, LLC<br><br>Cory L. Zajdel<br>2345 York Rd. Suite B-13<br>Timonium, MD 21093<br>(443) 213-1977 | JANET, JANET & SUGGS, LLC<br>SCHOCHOR, FEDERICO AND STATON<br><br>Patrick A. Thronson<br>Brenda A. Harkavey<br>4 Reservoir Circle, Suite 200<br>Baltimore, MD 21208<br>(410) 653-3200<br><br>THE COCHRAN FIRM, DC/BALTIMORE<br><br>Karen E. Evans<br>David E. Haynes<br>1666 K Street, N.W.<br>Suite 1150<br>Washington, DC 20005<br>(202) 682-5800<br><br>*Attorneys for Plaintiffs, on behalf of themselves and all others similarly situated* |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused the foregoing document to be electronically filed and served upon all counsel of record by electronic filing. This document is available for viewing and downloading from the Court's ECF System.

Dated: 5/24/2022                                                    */s/ Robin S. Weiss*

                                                                    Robin S. Weiss