# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES**,<br><br>*Defendant.* | Case No. 2:18-cv-05629-JDW |

## ORDER

AND NOW, this 19th day of May, 2022, upon consideration of Defendants' Motion For Summary Judgment (ECF No. 81), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. **JUDGMENT** is **ENTERED** in favor of Defendant Educational Commission For Foreign Medical Graduates and against Plaintiffs Monique Russell, Jasmine Riggins, Elsa Powell, and Desire Evans.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**