```
MONIQUE RUSSELL;
JASMINE RIGGINS;
ELSA M. POWELL;
DESIRE EVANS,
                Appellants

v.

EDUCATIONAL COMMISSION
FOR FOREIGN MEDICAL GRADUATES
```