**PATRICIA S. DODSZUWEIT**

**CLERK**



OFFICE OF THE CLERK

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 26, 2022

Nicholas M. Centrella
Conrad O'Brien
1500 Market Street
West Tower, Suite 3900
Philadelphia, PA 19102

Brent P. Ceryes
Schochor Federico & Staton
1211 Saint Paul Street
The Paulton
Baltimore, MD 21202

Karen E. Evans
Cochran Firm
1666 K Street NW
Suite 1150
Washington, DC 20006

Brenda A. Harkavey
Janet Janet & Suggs
4 Reservoir Circle
Suite 200
Baltimore, MD 21208

David E. Haynes
Cochran Firm
1666 K Street NW
Suite 1150
Washington, DC 20006

Patrick A. Thronson
Janet Janet & Suggs
4 Reservoir Circle
Suite 200
Baltimore, MD 21208

Paul M. Vettori
Law Offices of Peter G. Angelos
100 North Charles Street
One Charles Center, 22nd Floor
Baltimore, MD 21201

Robin S. Weiss
Conrad O'Brien
1500 Market Street
West Tower, Suite 3900
Philadelphia, PA 19102

Cory L. Zajdel
Z Law
2345 York Road
Suite B-13
Timonium, MD 21093


RE: Monique Russell, et al v. Educational Commission for Foreign Medical Graduat
Case Number: 22-1998
District Court Case Number: 2-18-cv-05629

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**


To All Parties:

**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System.** See **3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

Enclosed is case opening information regarding the above-captioned appeal filed by **Elsa M. Powell, Desire Evans, Monique Russell, Jasmine Riggins**, docketed at **No. 22-1998**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**On December 1, 2009, the Federal Rules of Appellate and Civil Procedure were amended modifying deadlines and calculation of time. In particular those**

motions which will toll the time for filing a notice of appeal under Fed.R.App.P. 4(a)(4), other than a motion for attorney's fees under Fed.R.Civ.P. 54, will be considered timely if filed no later than 28 days after the entry of judgment. **Should a party file one of the motions listed in Fed.R.App.P 4(a)(4) after a notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed.** The case in the court of appeals will not be stayed absent such notification.

**Counsel for Appellant**

As counsel for Appellant(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Civil Information Statement
4. Disclosure Statement (except governmental entities)
5. Concise Summary of the Case
6. Transcript Purchase Order Form.

These forms must be filed within **fourteen (14) days** of the date of this letter.

**Failure of Appellant(s) to comply with any of these requirements by the deadline will result in the DISMISSAL of the case without further notice. 3rd Circuit LAR Misc. 107.2.**

**Counsel for Appellee**

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Disclosure Statement (except governmental entities)

These forms must be filed within **fourteen (14) days** of the date of this letter.

Parties who do not intend to participate in the appeal must notify the Court in writing. This notice must be served on all parties.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: *Pamela Batts*
Pamela Batts, Case Manager

267-299-4943

cc:

Matthew D. Klayman
Elisa P. McEnroe
William R. Peterson
Brian W. Shaffer