# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **14** days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT CAPTION: Russell v. Educational Commission for Foreign Medical Graduates

USCA NO.: 22-1998

LOWER COURT or AGENCY and DOCKET NUMBER:
United States District Court for the Eastern District of Pennsylvania No. 2:18-cv-05629

NAME OF JUDGE: Hon. Joshua D. Wolson

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

This is an appeal of a putative class action for tort damages for emotional harm. Plaintiffs are four individuals representing a putative class of approximately 1,000 women. Defendant is Educational Commission for Foreign Medical Graduates. Plaintiffs maintain two causes of action, for negligence and negligent infliction of emotional distress. This appeal is taken from an order from the United States District Court for the Eastern District of Pennsylvania granting Defendant's motion for summary judgment on the claims of the four named plaintiffs.

LIST and **ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.

Provide a short statement of the factual and procedural background, which you consider important to this appeal:

Plaintiffs allege that Defendant negligently certified an individual as eligible to enter residency programs in the United States, despite knowing he was an imposter and had fraudulently represented his identity and credentials. That individual, Oluwafemi Igberase, went on to sexually harass, sexually assault, and otherwise inappropriately touch hundreds of women under the guise of providing obstetrical care as "Dr. Akoda."

Plaintiffs filed suit in 2019. The parties engaged in extensive discovery. In 2020, the district court granted Plaintiffs' motion for class certification pursuant to Federal Rule of Civil Procedure 23(c)(4), on issues of duty and breach. The Third Circuit granted Defendant's petition for interlocutory appeal pursuant to Rule 23(f). Its opinion agreed with the substance of the district court's analysis, but vacated and remanded the action to the district court for failure to conduct a rigorous analysis as to class certification. The Supreme Court denied Defendant's petition for a writ of certiorari.

After remand, Defendant filed a motion for summary judgment on the claims of the named Plaintiffs. The district court granted the motion, finding that Plaintiffs' claims could not satisfy the element of proximate cause as a matter of law, and their cause of action for negligent infliction of emotional distress claim could not satisfy the requisite criteria to proceed under Pennsylvania law.

Identify the issues to be raised on appeal:

1. Whether Plaintiffs cannot recover for negligent infliction of emotional distress as a matter of law, regardless of the evidence presented to the jury.

2. Whether a reasonable juror could find that ECFMG's conduct was a proximate cause of injury to Plaintiffs, where record evidence indicates that, despite knowing that Igberase was an imposter, (1) ECFMG certified Igberase as eligible to enter a residency program and facilitated his applications to residency programs, and (2) ECFMG repeatedly represented to residency programs, state medical boards and hospitals that Igberase was appropriately certified, and knew those entities would rely on its representations.

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record

this \_\_2nd\_\_ day of \_\_June\_\_ ,20\_22\_.

_____
Signature of Counsel

Rev. 07/2015