# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:

Monique Russell, et al. v. Educational Commission for Foreign Medical Graduates

APPEAL FROM DISTRICT COURT:

District: United States District Court for the Eastern District of Pennsylvania

D.C. Docket No.: 2:18-cv-05629

Date proceedings initiated in D.C.: December 31, 2018

Date Notice of Appeal filed: May 24, 2022

USCA No.: 22-1998

## COUNSEL ON APPEAL

**Appellant(s):** Monique Russell, Jasmine Riggins, Elsa M. Powell,  and Desire Evans, on behalf of themselves and all others similarly situated

Name of Counsel: Patrick A. Thronson

Name of Party(ies): Monique Russell, Jasmine Riggins, Elsa M. Powell, Desire Evans, on behalf of themselves and all others similarly situated

Address: Janet, Janet & Suggs, Executive Centre at Hooks Lane, 4 Reservoir Circle, Suite 200, Baltimore, MD 21208

Telephone No.: 410-653-3200

Fax No.: 410-653-9030

E-mail: pthronson@jjsjustice.com

**For Appellee(s):** *List only the names of parties and counsel who will oppose you on appeal

Name of Counsel: Brian W. Shaffer, Elisa P. McEnroe, and Matthew D. Klayman

Name of Party(ies): Educational Commission for Foreign Medical Graduates

Address: Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, PA 19103

Telephone No.: 215-963-5609

Fax No.: 215-963-5001

E-mail: william.peterson@morganlewis.com; elisa.mcenroe@morganlewis.com; brian.shaffer@morganlewis.com; matthew.klayman@morganlewis.com

Name of Counsel: William R. Peterson

Name of Party(ies): Educational Commission for Foreign Medical Graduates

Address: Morgan, Lewis & Bockius LLP, 1000 Louisiana Street, Suite 4000, Houston, TX 77002-5005

Telephone No.: 713-890-5188

Fax No.: 215-963-5001

E-mail: william.peterson@morganlewis.com

Is this a Cross-Appeal?          Yes ☐          No ☑

Appeals Docket No.: _____

Was there a previous appeal in case?          Yes ☑          No ☐

If yes, Short Title: Monique Russell, et al. v. Educational Commission for Foreign Medical Graduates

Appeals Docket No.: 20-2128

Citation, if reported: 15 F.4th 259 (3d Cir. 2021)

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:

a) Arises from substantially the same case or controversy as this appeal?     Yes ☐     No ☑

b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?

                                                          Yes ☐     No ☑

If you answered yes to either "a" or "b" please provide:

Case Name: _____

D.C. Docket No.: _____

Court or Agency: _____

Docket Number: _____

Citation, if reported: _____

---

## NATURE OF SUIT
### (Check as many as apply)

**1. FEDERAL STATUTES**
- ☐ ANTITRUST
- ☐ BANKRUPTCY
- ☐ BANKS & BANKING
- ☐ CIVIL RIGHTS
- ☐ COMMERCE, ROUTES, AND TARIFFS
- ☐ COMMODITIES
- ☐ COMMUNICATIONS
- ☐ CONSUMER PROTECTION
- ☐ COPYRIGHT
- ☐ PATENT
- ☐ TRADEMARK
- ☐ ELECTION
- ☐ ENERGY
- ☐ ENVIRONMENTAL
- ☐ FOIA FREEDOM OF INFORMATION
- ☐ IMMIGRATION
- ☐ LABOR
- ☐ OSHA
- ☐ SECURITIES
- ☐ SOCIAL SECURITY
- ☐ TAX
- ☐ EQUAL ACCESS TO JUSTICE
- ☐ OTHER Specify:_____

**2. TORTS**
- ☐ ADMIRALTY
- ☐ ASSAULT/DEFAMATION
- ☐ PRODUCT LIABILITY/WARRANTY
- ☐ DIVERSITY
- ☑ OTHER Specify: Class action/emotional harm

**3. CONTRACTS**
- ☐ ADMIRALTY/MARITIME
- ☐ ARBITRATION
- ☐ COMMERCIAL
- ☐ EMPLOYMENT
- ☐ INSURANCE
- ☐ NEGOTIABLE DISBURSEMENTS
- ☐ OTHER Specify:_____

**4. PRISONER PETITIONS**
- ☐ CIVIL RIGHTS
- ☐ VACATE SENTENCE 2255
- ☐ HABEAS CORPUS 2254
- ☐ HABEAS CORPUS 2241
- ☐ MANDAMUS/PROHIBITION
- ☐ OTHER Specify:_____

**5. OTHER**
- ☐ FORFEITURE
- ☐ CIVIL GRAND JURY
- ☐ TREATY Specify:_____
- ☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this ___2nd___ day of ___June_____, 20_22_____ .

Signature of Counsel: _____