# No. 22-1998

## In the United States Court of Appeals for the Third Circuit

MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS, on behalf of themselves and all others similarly situated,

*Appellants,*

v.

EDUCATIONAL COMMISSION FOR

FOREIGN MEDICAL GRADUATES,

*Appellee.*

On Appeal from the United States District Court for the Eastern District of Pennsylvania, No. 2:18-cv-05629-JDW (Wolson, J.)

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEFS AND JOINT APPENDIX

Appellants Monique Russell, Jasmine Riggins, Ela M. Powell, and Desire Evans, on behalf of themselves and all other similarly situated, by and through undersigned counsel, move pursuant to Federal Rule of Appellate Procedure 26 and this Court's Local Rule 31.4 for an extension of time to file briefs and the joint appendix, and state in support thereof as follows:

1. On May 24, 2022, Appellants appealed from the May 19, 2022, final order of the United States District Court for the Eastern District of Pennsylvania in Case 2:18-cv-05629. (Doc No. 1-1.)

2. On June 15, 2022, the Court issued its Briefing and Scheduling Order. (Doc. No. 18-4).

3. Pursuant to that Scheduling Order, Appellants' brief and the joint appendix are required to be filed and served by July 25, 2022. (Doc. No. 18-4.)

4. Appellee's brief is required to be filed and served within thirty days after service of Appellants' brief. (Doc. No. 18-4.)

5. Any reply brief is required to be filed and served within twenty-one days of service of Appellee's brief. (Doc. No. 18-4.)

6. Good cause exists to extend this briefing schedule by forty-five (45) days.

7. Namely, counsel for Appellants who will be lead counsel in drafting and arguing the brief, Patrick Thronson (who briefed and argued Plaintiffs-Appellants' response to the Fed. R. Civ. P. 26(f) appeal of class certification in this matter) is serving as first chair in a complex three-week birth injury trial in Cook County, Illinois (Yarbrough et al. v. Northwestern Memorial Hospital, et al., No. 2018-L-3144), which begins the week of August 8, 2022. Mr. Thronson's responsibilities in that matter include preparing all pretrial filings, giving the

opening statement, and conducting the direct or cross-examination of at least 7 experts and 2 fact witnesses.

8. Mr. Thronson is also primarily responsible for briefing and will handle argument at a hearing on July 28, 2022 in opposition to two dispositive motions in a complex sexual assault and defamation case, Doe v. Diocese of Knoxville, No. C-22-014622, filed in the Circuit Court for Knox County, Tennessee.

9. This month, Mr. Thronson also anticipates filing a motion to compel in a sexual abuse case in Illinois, as well as disclosing expert opinions and reports in another birth injury matter (venued in Maryland).

10. Another attorney who was substantially involved in this case and in the briefing on the motion for summary judgment that has given rise to this appeal, Brent Ceryes (previously of Schochor & Staton, P.A.), has withdrawn from the case. His prospective replacement at Schochor and Staton, P.A. is in the process of familiarizing himself with this matter and is anticipated to be involved in the appellate proceedings.

11. Appellants' counsel has consulted with Appellee's counsel, who has consented to this request for a forty-five (45) day extension to the time set in the briefing schedule for the filing of Appellants' brief and the joint appendix.

12. If this motion is granted, Appellants' brief and the joint appendix would be required to be filed and served on or before September 8, 2022, with Appellee's brief required to be filed and served within thirty days after that, and any reply required to be filed and served within twenty-one days after the filing of Appellee's brief.

13. This extension is not sought in bad faith or for the purpose of undue delay.

WHEREFORE, Appellants Monique Russell, Jasmine Riggins, Ela M. Powell, and Desire Evans, on behalf of themselves and all other similarly situated, respectfully request this Court extend the time to file and serve their Appellants' Brief and the join appendix by forty-five (45) days until September 8, 2022, with the subsequent filing deadlines adjusted accordingly.

Dated: July 13, 2022              Respectfully submitted,

JANET, JANET & SUGGS, LLC

*/s/ Patrick Thronson*
  Patrick A. Thronson
  Brenda A. Harkavy
  4 Reservoir Circle, Suite 200
  Baltimore, MD 21208
  (410) 653-3200

LAW OFFICES OF PETER G. ANGELOS, P.C.
  Paul M. Vettori
  100 N. Charles Street, 20th Floor Baltimore, Maryland 21201
  (410) 649-2000

CONRAD O'BRIEN PC
 Nicholas M. Centrella
 Robin S. Weiss
 1500 Market Street, Suite 3900
 Philadelphia, PA 19102-2100
 (215) 864-9600

Z LAW, LLC
 Cory L. Zajdel
 2345 York Rd. Suite B-13 Timonium, MD 21093
 (443) 213-1977

*Attorneys for Appellants*

# CERTIFICATE OF BAR MEMBERSHIP, COMPLIANCE WITH TYPE-VOLUME LIMITATION AND TYPEFACE REQUIREMENTS, AND VIRUS CHECK

I, Patrick A. Thronson, counsel for Appellant, certify that I am a member in good standing of the Bar of this Court.

I further certify that the foregoing Unopposed Motion for Extension of Time to File Brief and Joint Appendix of Appellants Monique Russell, Jasmine Riggins, Elsa M. Powell, and Desire Evans, on behalf of themselves and all others similarly situated, is proportionately spaced and has a typeface of 14-point Times New Roman, contains 1,008 words.

I further certify that Bitdefender Endpoint Security did not detect a virus in this filing.

Dated: July 13, 2022                /s/ Patrick Thronson
                                    Patrick A. Thronson

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2022, the foregoing Unopposed Motion for Extension of Time to File Brief and Joint Appendix of Monique Russell, Jasmine Riggins, Elsa M. Powell, and Desire Evans, on behalf of themselves and all others similarly situated, was filed with the Clerk of Court for the U.S. Court of Appeals for the Third Circuit through the Court's CM/ECF system. All counsel of record are registered CM/ECF users

| | |
|---|---|
| William R. Peterson<br>Morgan, Lewis & Bockius, LLP<br>1000 Louisiana St., Suite 400<br>Houston, TX 77002 | Brian W. Shaffer<br>Elisa P. McEnroe<br>Matthew D. Klayman<br>Morgan, Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA 19103 |

Dated: July 13, 2022               */s/ Patrick Thronson*
                                   Patrick A. Thronson