# No. 22-1998

# In the United States Court of Appeals For the Third Circuit

MONIQUE RUSSELL; JASMINE RIGGINS;
ELSA M. POWELL; DESIRE EVANS,
*Appellants*

v.

EDUCATIONAL COMMISSION FOR FOREIGN
MEDICAL GRADUATES

On Appeal from the United States District Court for the
Eastern District of Pennsylvania
No. 2:18-cv-05629-JDW (Wolson, J.)

**UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

MORGAN, LEWIS & BOCKIUS LLP
   Brian W. Shaffer
   Elisa P. McEnroe
   Matthew D. Klayman
1701 Market Street
Philadelphia, PA 19103
brian.shaffer@morganlewis.com
elisa.mcenroe@morganlewis.com
matthew.klayman@morganlewis.com
(215) 963-5000

MORGAN, LEWIS & BOCKIUS LLP
   William R. Peterson
1000 Louisiana St, Ste 400
Houston, TX 77002
william.peterson@morganlewis.com
(713) 890-5000

*Counsel for Appellee*

Pursuant to Local Appellate Rule 31.4, Appellee Educational Commission for Foreign Medical Graduates respectfully moves for a 45-day extension of the deadline to file its response brief. Appellee's brief is currently due on October 10, 2022. The 45-day extension would place the due date for Appellee's brief on November 25, 2022.

This is Appellee's first extension request. Appellee has conferred with Appellants regarding this request, and Appellants do not oppose the relief sought by Appellee in this motion. Appellants were granted a 45-day extension to file their opening brief.

## Good Cause Exists for a 45-Day Extension

There is good cause for the extension. Appellee's counsel collectively have substantial engagements in other litigation, including:

- Preparation for and presentation of oral argument in *EEOC v. Charter Communications, LLC*, No. 22-1231, in the United States Court of Appeals for the Seventh Circuit. Oral argument is scheduled for September 22, 2022.

- Preparation and filing of the appellee's brief in *Phoenix Light SF Limited v. Deutsche Bank National Trust Company Americas*, No. 22-503, in the Untied States Court of Appeals for the Second Circuit. The brief is due to be filed on September 22, 2022.

- Preparation and filing of the reply brief in *Baxalta Incorporated v. Genentech, Inc.*, No. 22-1461, in the United States Court of Appeals for the Federal Circuit. The brief is due to be filed on September 22, 2022. A request for an extension until October 28, 2022 is pending.

- Preparation and filing of the appellee's brief in *CyWee Group Ltd. v. ZTE (USA), Inc.*, No. 21-1855, in the United States Court of Appeals for the

Federal Circuit. The brief is due to be filed on September 23, 2022, after one extension.

- Attendance at a hearing on a motion to dismiss in *In re: Winter Storm Uri Litigation*, MDL No. 2021-41903, in the 281st Judicial District Court of Harris County, Texas. The hearing will occur on October 11-12, 2022.

- Preparation and filing of a reply brief in *Restaurant Law Center v. City of New York*, No. 22-491, in the United States Court of Appeals for the Second Circuit. The brief will be due to be filed on October 12.

- Preparation and filing of an appellee's brief in *Doe v. Offray*, No. A-002780-21, in the Superior Court of New Jersey Appellate Division. The brief is due to be filed on October 14, 2022.

- Attendance at trial in *Oreo Ventures, Inc. f/k/a Ingalls Engineering Co., Inc. v. RB Distribution, Inc.*, Civil Action No. 20-cv-02456, in the United States District Court for the District of Colorado. Trial is scheduled to begin on October 25 and last for three days.

## Conclusion

Based on the foregoing, Appellee respectfully requests that this Court grant a 45-day extension to file its brief.

Dated: September 16, 2022      Respectfully submitted,

                                             MORGAN, LEWIS & BOCKIUS LLP

                                             By:    *s/ William R. Peterson*
                                                           William R. Peterson
                                           1000 Louisiana St., Ste. 4000
                                           Houston, TX 77002

                                                           Brian W. Shaffer
                                                           Elisa P. McEnroe
                                                           Matthew D. Klayman
                                           1701 Market Street
                                           Philadelphia, PA  19103-2921

*Counsel for Appellee Educational Commission for Foreign Medical Graduates*

# **CERTIFICATE OF COMPLIANCE**

1. This document complies with the length limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 453 words.

2. The document complies with the typeface and type style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 MSO in Times New Roman 14-point font.

*s/ William R. Peterson*
William R. Peterson
*Counsel for Appellee,*
*Educational Committee for Foreign*
*Medical Graduates*

Dated: September 16, 2022

## **CERTIFICATE OF SERVICE**

I do certify that on this date, I caused true and correct copies of the foregoing document to be served via electronic filing upon all counsel of record via the ECF system and/or e-mail.

*s/ William R. Peterson*
William R. Peterson
*Counsel for Appellee,*
*Educational Committee for Foreign*
*Medical Graduates*

Dated: September 16, 2022
