UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **22-1998**

Russell v. Educational Comm. for Foreign Medical Graduates

To:    Clerk

1)    Motion by Appellants for Leave to File Portions of the Record on Appeal under Seal

---

    The foregoing motion is referred to the merits panel.  The Clerk will hold Volume V of the joint appendix provisionally under seal pending a ruling by the Court.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 21, 2022
MCW/cc: All Counsel of Record