# No. 22-1998

In the United States Court of Appeals for the
Third Circuit

---

MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL,
and DESIRE EVANS, on behalf of themselves and all others similarly
situated,

*Appellants*

v.

EDUCATIONAL COMMISSION FOR FOREIGN
MEDICAL GRADUATES,

*Appellee*

---

On Appeal from the United States District Court for the Eastern
District of Pennsylvania, No. 2:18-cv-05629-JDW (Wolson, J.)

---

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Appellants, Monique Russell, Jasmine Riggins, Elsa M. Powell, and Desiree Evans, move pursuant to Federal Rule of Appellate Procedure 26 and this Court's Local Rule 31.4 for an extension of time to file Appellants' Reply Brief, and state in support of thereof as follows.

1. On May 24, 2022, Appellants appealed from the May 19, 2022 Memorandum and accompanying Order granting Appellant's Motion for Summary Judgment.

2.	On June 15, 2022, the Court issued its Briefing and Scheduling Order, requiring Appellants' Brief and joint appendix to be filed and served by July 25, 2022; Appellee's Response to be filed and served within thirty (30) days of service of Appellant's Brief; and Appellants' Reply Brief to be served within twenty-one (21) days of service of Appellee's brief.

3.	With good cause, the Court extended this briefing schedule such that Appellants' Brief and the joint appendix were required on or before September 8, 2022; Appellee's Response to be filed and served within thirty (30) days of service of Appellant's Brief; and Appellants' Reply Brief to be served within twenty-one (21) days of service of Appellee's brief.

4.	Appellee's Brief was filed on November 23, 2022. Appellants' reply brief is required by December 14, 2022.

5.	Counsel of record for Appellants tested positive for COVID-19 on November 27, 2022 and is currently experiencing symptoms that are significantly impairing his ability to complete Appellants' reply brief in this matter and are reasonably expected to continue to do so in the near future given the expected course of the disease. (*See* Exhibit 1, COVID-19 Positive Test.)

6.	Appellants seek this thirty-day extension to ensure that their reply brief is complete and of a quality appropriate to this Court's standards.

7. If this motion is granted, Appellants' reply brief would be required to be filed and served on or before January 13, 2023.

8. Counsel for Appellees has consented to this request.

9. This extension is not sought in bad faith or for the purposes of undue delay.

WHEREFORE, Appellants respectfully request this Court extend the time to file and serve their Appellants' Reply Brief by thirty (30) days until January 13, 2023.

Dated: December 1, 2022

Respectfully submitted,

JANET, JANET & SUGGS, LLC

*/s/ Patrick A. Thronson*
Patrick A. Thronson
4 Reservoir Circle, Suite 200
Baltimore, MD 20208
(410) 653-3200 (Office)

THE LAW OFFICES OF PETER G. ANGELOS, P.C.
   Paul M. Vetori
 One Charles Center
 100 N. Charles St., 20th Floor
 Baltimore, MD 21201
 (410) 649-2027

CONRAD O'BRIEN PC
   Nicolas M. Centrella
   Robin S. Weiss
 1500 Market Street, Suite 3900
 Philadelphia, PA 19102
 (215) 864-9600

THE COCHRAN FIRM
    Karen Evans
    David Haynes
1666 K Street NW, Suite 1150
Washington, DC 20006
(202) 682-5800

SCHOCHOR AND STATON, P.A.
    Scott Kurlander
The Paulton
1211 St. Paul Street
Baltimore, MD 21202

Z LAW, LLC
    Cory L. Zajdel
2345 York Road, Suite #B-13
Timonium, MD 21093
(443) 213-1977

Counsel for Appellants

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2022, the foregoing Appellants' Unopposed Motion for Extension of Time to File Reply Brief was filed with the Clerk of Court for the U.S. Court of Appeals through the Court's CM/ECF system. All counsel of record are registered CM/ECF users:

| | |
|---|---|
| William R. Peterson<br>Morgan, Lewis & Bockius, LLP<br>1000 Louisiana St., Suite 400<br>Houston, TX 77002 | Brian W. Shaffer<br>Elsa P. McEnroe<br>Matthew d. Klayman<br>Morgan, Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA 19103 |

Dated: December 1, 2022            */s/ Patrick Thronson*
                                   Patrick A. Thronson