**EXHIBIT 1**

