| | OFFICE OF THE CLERK | |
|---|---|---|
| **PATRICIA S. DODSZUWEIT** | UNITED STATES COURT OF APPEALS | TELEPHONE |
| **CLERK** | FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790 | 215-597-2995 |



Website: www.ca3.uscourts.gov

May 17, 2023

| | |
|---|---|
| Nicholas M. Centrella, Esq. | Patrick A. Thronson, Esq. |
| Karen E. Evans, Esq. | Paul M. Vettori, Esq. |
| David E. Haynes, Esq. | Robin S. Weiss, Esq. |
| Matthew D. Klayman, Esq. | Brian W. Shaffer, Esq. |
| Elisa P. McEnroe, Esq. | Cory L. Zajdel, Esq. |
| William R. Peterson, Esq. | |

RE: Monique Russell, et al v. Educational Commission for Foreign Medical Graduat
Case Number: 22-1998
District Court Case Number: 2-18-cv-05629

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Thursday, June 8, 2023,** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Pursuant to IOP Chapter 2.1, you are hereby advised that your appeal will be submitted before the following panel: **HARDIMAN, AMBRO and FUENTES, Circuit Judges.**

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:
*Tricia Harris*

Tricia Harris
Calendar Clerk
267-299-4905