9:00 A.M.
THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)

THURSDAY, JUNE 8, 2023

Coram: HARDIMAN, AMBRO and FUENTES, Circuit Judges

No. 22-1302

MARK MCKAY,
Appellant
v.
TED KRIMMEL, et al.

| Counsel for Appellant | Counsel for Appellees |
|---|---|
| CAROLINE ANAPOL (Law Student) | PAOLA T. KACZYNSKI |
| MARY E. LEVY (Supervising Attorney) | |
| (15 minutes per Court) | (15 minutes per Court) |

_____

No. 22-1059

REV. AUGUSTUS SIMMONS ENOCH,
Appellant
v.
DAVID PERRY, et al.

| Counsel for Appellant | Counsel for Appellees |
|---|---|
| ISABELLE AUBRUN (Law Student) | KEANNA A. SEABROOKS [Medical Appellees] (5 minutes per Court) |
| MARY E. LEVY (Supervising Attorney) | ABBY N. TROVINGER [Corrections Appellees] (10 minutes per Court) |
| (15 minutes per Court) | (15 minutes Total Court Time) |

PAGE TWO – CONTINUED                THURSDAY, JUNE 8, 2023

Coram: HARDIMAN, AMBRO and FUENTES, Circuit Judges

No. 22-1752

UNITED STATES OF AMERICA
v.
CHRISTOPHER MONTALVO FLORES,
Appellant

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| LOUISE ARKEL | RICHARD J. RAMSAY |
| (15 minutes per Court) | (15 minutes per Court) |

_____

No. 22-1795

COLLEEN REILLY, et al.
v.
CITY OF HARRISBURG, et al.

Colleen Reilly, et al.,
Appellants

| Counsel for Appellants | Counsel for Appellees |
|---|---|
| MATHEW D. STAVER | ANDREW W. NORFLEET |
| (15 minutes per Court) | (15 minutes per Court) |

<u>PAGE THREE – CONTINUED</u>　　　　　<u>THURSDAY, JUNE 8, 2023</u>

<u>Coram: HARDIMAN, AMBRO and FUENTES, Circuit Judges</u>

<u>S U B M I T T E D</u>

<u>No. 21-1837</u>
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
DAMON TODD CAREY,
Appellant

———

<u>No. 22-1998</u>
Pursuant to 3rd Cir. LAR 34.1(a)

MONIQUE RUSSELL, et al.
Appellants
v.
EDUCATIONAL COMMISSION
FOR FOREIGN MEDICAL GRADUATES