# Morgan Lewis

**William R. Peterson**
Partner
+1.713.890.5188
william.peterson@morganlewis.com

June 14, 2023

**VIA ECF**

Patricia S. Dodszuweit, Clerk
United States Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re:      <u>Russell et al. v. Educational Comm'n for Foreign Medical Graduates, No. 22-1998 (3d Cir.)</u>

Dear Ms. Dodszuweit:

We write to advise that Appellee Educational Commission for Foreign Medical Graduates has filed restated articles of incorporation in which its name changed to "Intealth."

Respectfully submitted,

*/s/ William R. Peterson*

William R. Peterson


c:  Counsel of Record

**Morgan, Lewis & Bockius** LLP

1000 Louisiana Street
Suite 4000
Houston, TX  77002
United States

**T** +1.713.890.5000
**F** +1.713.890.5001