OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



August 15, 2023

Nicholas M. Centrella
Clark Hill
2001 Market Street
Two Commerce Square, Suite 2620
Philadelphia, PA 19103

Karen E. Evans
Cochran Firm
1666 K Street NW
Suite 1150
Washington, DC 20006

David E. Haynes
Cochran Firm
1666 K Street NW
Suite 1150
Washington, DC 20006

Matthew D. Klayman
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Elisa P. McEnroe
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

William R. Peterson
Morgan Lewis & Bockius
1000 Louisiana Street
Suite 4000
Houston, TX 77002

Brian W. Shaffer
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Patrick A. Thronson
Janet Janet & Suggs
4 Reservoir Circle
Suite 200
Baltimore, MD 21208

Paul M. Vettori
Law Offices of Peter G. Angelos
100 N Charles Street
One Charles Center, 22nd Floor
Baltimore, MD 21201

Robin S. Weiss
Clark Hill
2001 Market Street
Two Commerce Square, Suite 2620
Philadelphia, PA 19103

Cory L. Zajdel
Z Law
2345 York Road
Suite B-13
Timonium, MD 21093

RE: Monique Russell, et al v. Educational Commission for Foreign Medical Graduat
Case Number: 22-1998
District Court Case Number: 2-18-cv-05629

ENTRY OF JUDGMENT

Today, **August 15, 2023** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. Pursuant to Fed. R. App. P. 35(b)(3), if separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to the form limits as set forth in Fed. R. App. P. 35(b)(2). If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.


Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Pam/tmm, Case Manager
267-299-4943