UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1998

MONIQUE RUSSELL; JASMINE RIGGINS;
ELSA M. POWELL; DESIRE EVANS,
                          Appellants

v.

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

(E.D. Pa. No. 2-18-cv-05629)

Present: HARDIMAN, AMBRO, and FUENTES, Circuit Judges

1. Motion by Appellants for Leave to File Portions of the Record on Appeal Under Seal.

                                                Respectfully,
                                                Clerk/mcw

_____ORDER_____
The foregoing motion to file portions of the record on appeal under seal is granted.

                                                By the Court,

                                                s/Julio M. Fuentes
                                                Circuit Judge

Dated: August 15, 2023
Tmm/cc: All Counsel of Record