UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-1998
_____

MONIQUE RUSSELL;
JASMINE RIGGINS;
ELSA M. POWELL;
DESIRE EVANS,
   Appellants

v.

EDUCATIONAL COMMISSION
FOR FOREIGN MEDICAL GRADUATES

(ED Pa No. 2-18-cv-05629)

_____

SUR PETITION FOR REHEARING

_____

Present: CHAGARES, Chief Judge, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, AMBRO* and FUENTES,* Circuit Judges

   The petition for rehearing filed by appellants in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the

---

* Pursuant to Third Circuit I.O.P. 9.5.3., Judges Ambro and Fuentes's votes are limited to panel rehearing.

circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/ Julio M. Fuentes
Circuit Judge

Dated: September 20, 2023
PDB/cc: All Counsel of Record