UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-1998
_____

MONIQUE RUSSELL; JASMINE RIGGINS; ELSA M. POWELL;
DESIRE EVANS,
  Appellants

v.

EDUCATIONAL COMMISSION FOR FOREIGN
MEDICAL GRADUATES

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-18-cv-05629)
District Judge: Honorable Joshua D. Wolson

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
June 08, 2023

Before:  HARDIMAN, AMBRO, and FUENTES, *Circuit Judges*

JUDGMENT
_____

This cause came to be considered on appeal from the United States District Court for the Eastern District of Pennsylvania and was submitted on June 8, 2023. On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered May 19, 2022 is AFFIRMED. Costs taxed against Appellants. All of the above in accordance with the opinion of the Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: August 15, 2023

Certified as a true copy and issued in lieu
of a formal mandate on September 28, 2023

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**