Case: 22-1998    Document: 55-3    Page: 1    Date Filed: 09/28/2023

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

September 28, 2023

Mr. George V. Wylesol
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Monique Russell, et al v. Educational Commission for Foreign Medical Graduat
Case Number: 22-1998
District Court Case Number: 2-18-cv-05629

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

s/ pdb Case Manager

cc:

Nicholas M. Centrella
Karen E. Evans
David E. Haynes
Matthew D. Klayman
Elisa P. McEnroe
William R. Peterson
Brian W. Shaffer
Patrick A. Thronson
Paul M. Vettori
Robin S. Weiss
Cory L. Zajdel